MICHELLE M. JONES, ATTORNEY AT LAW
Michelle M. Jones, Esq.
Nevada Bar No. 8505
703 South 8th Street
Las Vegas, NV 89101
Tel: (702) 388-4469
Fax: (702) 386-9825
*vivalawsvegas@yahoo.com*

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Y.N., a minor, by and through Guardian ad Litem and individual, LEONOR GILLAMADRID, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, <br><br> Defendant. | CASE NO: 2:13-cv-01315 <br><br> **MOTION TO SEAL RECORD** |

COME NOW, Plaintiffs, by and through their counsel of record, and submit this motion pursuant to Local Rule 7-5 and Fed. R. Civ. P. 5.2(a), to seal a certain record filed on July 24, 2013, more particularly described as Plaintiff's Exhibits to Complaint (Dkt. 1-1). Said record contains information regarding the minor Plaintiff in this matter which is protected by Fed. R. Civ. P. 5.2(a).

This motion is made unopposed whereas this matter was opened yesterday; summons has not yet been issued, and no other party has yet been served or has otherwise appeared in this matter.

Upon opening of this case, the unredacted version of the intended exhibits were inadvertently filed as attachments to the Complaint (Dkt. 1). Upon discovery of this error, the undersigned counsel immediately contacted the federal court to report and to seek correction of the the error. The undersigned received a return call this morning by court staff, who advised such filing error would require a motion, such as the instant motion, to correct the error by either sealing or

1

1  striking the record. Whereas a motion to strike such record would not prevent public access, a
2  motion to seal is necessary to protect the minor's information.
3       The appropriate redacted exhibits intended to be filed were filed as Amended Exhibits to
4  Complaint (Dkt. 3).
5       WHEREFORE, Plaintiffs moves the court for an order sealing Plaintiffs' Exhibits to
6  Complaints (Dkt. 1-1) filed herein.
7  
8      Dated this 25th day of July, 2013.    By: /s/ *Michelle M. Jones*

MICHELLE M. JONES, ESQ.
Nevada Bar No. 8505
703 South 8th Street
Las Vegas, NV 89101
*Attorney for Plaintiffs*

MICHELLE M. JONES, ATTORNEY AT LAW
Michelle M. Jones, Esq.
Nevada Bar No. 8505
703 South 8th Street
Las Vegas, NV 89101
Tel: (702) 388-4469
Fax: (702) 386-9825
*vivalawsvegas@yahoo.com*

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Y.N., a minor, by and through Guardian ad Litem and individual, LEONOR GILLAMADRID,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO: 2:13-cv-01315<br><br><s>(PROPOSED)</s> ORDER |

### ORDER

Good cause appearing therefore, Plaintiffs' motion for an order sealing Exhibits to Complaint (Dkt. 1-1) is **GRANTED.**

**IT IS SO ORDERED**

Dated: 7-26-2013                    By: _____
                                         United States <s>District</s> Judge
                                                    Magistrate

Respectfully submitted:

By: /s/ *Michelle M. Jones*

MICHELLE M. JONES, ESQ.
Nevada Bar No. 8505
703 South 8th Street
Las Vegas, NV 89101
*Attorney for Plaintiffs*

1