```
1  OFFICE OF THE GENERAL COUNSEL
   CLARK COUNTY SCHOOL DISTRICT
2  DONNA MENDOZA MITCHELL, ESQ.
   Nevada Bar No. 2755
3  JEANNE-MARIE HANNA, ESQ.
   Nevada Bar No. 8613
4  5100 West Sahara Avenue
   Las Vegas, Nevada 89146
5  Phone: (702) 799-5373
   Attorneys for Defendant, CCSD
6
```

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9

| | |
|---|---|
| 10  Y.N., a minor, by and through | CASE NO.: 2:13-cv-01315-JCM-VCF |
| 11  Guardian Ad Litem and individual, LEONOR GILLAMADRID, | |
| 12                    Plaintiffs, | |
| 13  v. | **CLARK COUNTY SCHOOL DISTRICT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE UNDER SEAL** |
| 14  CLARK COUNTY SCHOOL DISTRICT, | |
| 15                    Defendant. | |

16

17

18

19   TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

20   PLEASE TAKE NOTICE that Defendant CLARK COUNTY SCHOOL

21   DISTRICT (hereinafter referred to as "CCSD" or "the District"),

22   by and through its undersigned attorneys, DONNA MENDOZA MITCHELL,

23   Deputy General Counsel, and JEANNE-MARIE HANNA, Assistant General

24   Counsel, hereby files this Motion for Leave to File Under Seal.

25   This Motion is made and based upon the pleadings and

26   / / /

27   / / /

28   / / /

papers on file herein, the attached points and authorities, and any arguments which may be presented to the Court.

DATED this 9th day of December, 2013.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By:  /s/ Donna Mendoza Mitchell
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
JEANNE-MARIE HANNA, ESQ.
Nevada Bar No. 8613
5100 W. Sahara Avenue
Las Vegas, NV 89121
*Attorneys for Defendant*

## MEMORANDUM OF POINTS AND AUTHORITIES

I.  STATEMENT OF RELEVANT FACTS

On November 15, 2013, Plaintiffs, Y.N., a minor, by and through his Guardian ad Litem and individual, LEONOR GILLAMADRID, filed a Motion for Attorney's Fees under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1415(i)(3)(B).

On December 6, 2013, the District filed its Opposition to Motion for Attorney's Fees. See Court Docket #27. Plaintiff Y.N. is a minor student. Inadvertently, Y.N.'s full name was included in two exhibits to the Opposition: Exhibit #1 which consisted of the request for due process hearing; and Exhibit #2 which consisted of a Resolution Agreement. The District hereby requests that the Court seal the initial version of the Opposition (Docket #27) and allow the District to refile a corrected version of the Opposition with the minor student's name redacted.

/ / /
/ / /

## II. LEGAL ANALYSIS

Rule 5.2 of the Federal Rules of Civil Procedure provides, with emphasis added:

> Unless the court orders otherwise, in an electronic or paper filing with the court that contains . . . the **name of an individual known to be a minor** . . . a party or nonparty making the filing may include only . . . the **minor's initials**.

In this case, the District inadvertently included the full name of minor student Y.N. on two exhibits to the District's Opposition to Plaintiff's Motion for Attorney's Fees. See Court Docket #27.

Under Local Rule 10-5(b), a party may file a motion for leave to file documents under seal. The motion must be filed in accordance with the Court's electronic filing procedures.

The District hereby requests that the Court grant the District's Motion for Leave to File Under Seal. Court Docket #27 should be sealed. <u>The District will simultaneously re-file a corrected image of the Opposition</u>. The corrected image will be substantively identical with the exception that the minor's full name will be redacted.

## III. CONCLUSION

The District respectfully requests that the Court grant the District's Motion for Leave to File Under Seal. Specifically, Court Docket #27 should be sealed. The District also requests

/ / /

/ / /

/ / /

/ / /

/ / /

that the Court accept the District's corrected Opposition to Plaintiffs' Motion for Attorney's Fees that will be filed on this same date.

DATED this 9th day of December, 2013.

                              CLARK COUNTY SCHOOL DISTRICT
                              OFFICE OF THE GENERAL COUNSEL

                   By:  /s/ Donna Mendoza Mitchell
                       DONNA MENDOZA MITCHELL, ESQ.
                       Nevada Bar No. 2755
                       JEANNE-MARIE HANNA, ESQ.
                       Nevada Bar No. 8613
                       5100 W. Sahara Avenue
                       Las Vegas, NV 89121
                       *Attorneys for Defendant*

<u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that on the 9th day of December, 2013, I electronically filed the foregoing **<u>CLARK COUNTY SCHOOL DISTRICT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE UNDER SEAL</u>** with the United States District Court, District of Nevada's CM/ECF System upon Plaintiffs' counsel, Michelle M. Jones, Esq., who is a registered user.

                       /s/ Eva Martinez
                      AN EMPLOYEE OF THE CLARK COUNTY
                      SCHOOL DISTRICT

IT IS SO ORDERED.

[signature]

UNITED STATES MAGISTRATE JUDGE
DATED:    12-10-2013

- 4 -